# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

EMANUEL TER-OGANNISIAN,

Petitioner,

v.

WARDEN OF OTAY MESA
DETENTION CENTER,

Respondents.

Case No.:  26cv0124 DMS JLB

**ORDER REQUESTING STATUS**

This case is fully briefed and pending before the Court.  In the traverse, Petitioner's counsel stated she was in the process of preparing an appeal of the immigration judge's order directing Petitioner's removal to Armenia.  The Court requests a status report from Petitioner's counsel on whether that appeal was filed and, if so, the current status of that appeal.  Petitioner's status report shall be filed on or before **February 18, 2026**.

**IT IS SO ORDERED**.

Dated:  February 11, 2026

Hon. Dana M. Sabraw
United States District Judge

1

26cv0124 DMS JLB