# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

EMANUEL TER-OGANNISIAN,

Petitioner,

v.

WARDEN OF OTAY MESA
DETENTION CENTER,

Respondents.

Case No.:  26cv0124 DMS JLB

**ORDER SETTING STATUS CONFERENCE**

The Court is in receipt of Petitioner's Status Report indicating Petitioner has been transferred out of the Southern District of California in violation of the Court's January 12, 2026 Order.  The Court sets this matter for status conference on **February 27, 2026**, at **1:30 p.m.**  Counsel for Respondents should be prepared to explain why Petitioner was transferred in violation of the Court's Order.

**IT IS SO ORDERED**.

Dated:  February 24, 2026

Hon. Dana M. Sabraw
United States District Judge

1

26cv0124 DMS JLB

26cv0124 DMS JLB